# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155178(130)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

MARVIN DWAYNE NOBLE,
　　　　　Defendant-Appellant.

SC: 155178
COA: 324885
Wayne CC: 14-000744-01-FC

_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on March 13, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

　　　　March 31, 2017



Clerk